```
                                                               1

 1              IN THE UNITED STATES DISTRICT COURT

 2         NORTHERN DISTRICT OF OHIO - EASTERN DIVISION

 3      GREGORY W. BARAN, M.D.,

 4                Plaintiff,
                                        JUDGE O'MALLEY
 5         -vs-                         CASE NO. 1:04CV1251
                                        CONFIDENTIAL
 6      MEDICAL DEVICE
        TECHNOLOGIES, INC.,
 7
                  Defendant.
 8
                            -  -  -  -
 9           Videotaped deposition of

10      MAJID RASHIDI, Ph.D., P.E., taken as if upon

11      cross-examination before Dawn M. Fade, a

12      Registered Merit Reporter and Notary Public

13      within and for the State of Ohio, at the offices

14      of Benesch, Friedlander, Coplan & Aronoff, LLP,

15      2300 BP Tower, 200 Public Square, Cleveland,

16      Ohio, at 9:11 a.m. on Wednesday, November 19,

17      2008, pursuant to notice and/or stipulations of

18      counsel, on behalf of the Defendant in this

19      cause.
                            -  -  -  -
20
                         MEHLER & HAGESTROM
21                         Court Reporters

22            CLEVELAND                         AKRON
        1750 Midland Building           720 Akron Centre
23      101 West Prospect Avenue        50 South Main Street
         Cleveland, Ohio 44115          Akron, Ohio 44308
24           216.621.4984                  330.535.7300
             FAX 621.0050                  FAX 535.0050
25           800.822.0650                  800.562.7100
```

CONFIDENTIAL

EXHIBIT 7

```
                                                              112
 1            seeing any product information that you received
 2            that's in a written form?
 3       A.   Probably in all this stack of material probably
 4            there is something on that.  But as I said, when
 5            I looked at this I'm assuming that this must be a
 6            single use item.
 7       Q.   Okay.  Do you know, when you say single use, do
 8            you know whether the device that's BioPince
 9            Exhibit 8 could be used in multiple tissue, for
10            multiple tissue samples in the same patient?
11       A.   It could be, it could be on the same patient, but
12            you cannot transfer from patient to patient.
13       Q.   Okay.
14       A.   That's what I mean by single procedure use.  So
15            you can use it ten times on the same patient,
16            different parts of the tumor or whatever, but
17            after that you have to dispose of it.
18       Q.   Did you speak with anybody about whether the
19            BioPince could be used multiple times on the same
20            patient?
21       A.   I can assume, again, because of my prior
22            experience with catheters, you can insert the
23            catheter to one chamber of the heart and get your
24            data, take it out, go to another vascular line
25            into another chamber of the heart, so, therefore,
```

CONFIDENTIAL

168

1  A. Okay.
2  Q. But would you agree with me that the crank arm,
3     what you refer to as a crank arm is the device
4     that's used by the physician to charge the
5     device?
6  A. I disagree with you.
7              MS. THOMPSON: Then I object to
8        the form of the question.
9  A. I disagree with you. Crank arm 28 is one member
10    of a mechanism which I'm calling it a slider
11    crank which collectively together, these three
12    members, charge the spring. If you don't have
13    the connecting rod 30, if you don't have the
14    slider 35, no matter how many times you move this
15    up and down there is no elastic energy charging
16    the spring. These three pieces work like a
17    family, they work together to achieve the final
18    objective of compressing the spring in the most
19    comfortable way for the physician.
20 Q. Could you charge the BioPince device without the
21    crank arm?
22             MS. THOMPSON: Objection to form.
23 A. As I said, this, this BioPince system has a
24    charging mechanism.
25 Q. Uh-huh.

CONFIDENTIAL

170

1  A. As it is intended for, no, the answer is no.
2  Q. Okay. Your testimony is that you need the crank
3     arm, the connecting rod and the slider link to
4     charge the device?
5  A. That is a very true statement.
6  Q. Okay. Would you agree with me that the crank arm
7     is manually operable?
8  A. It is manually operable.
9  Q. Okay. You say that it's a member of a mechanism,
10    right?
11 A. Correct.
12 Q. And you say the mechanism, mechanism has to have
13    at least three members in your report, is that
14    right?
15 A. That's correct.
16 Q. One of which is fixed and defined as the ground,
17    right?
18 A. Correct.
19 Q. So the crank arm is a member of the crank arm
20    mechanism?
21 A. That's correct.
22 Q. And would you agree with me that it is a member,
23    the crank arm itself is a member of that
24    mechanism?
25 A. Absolutely.

CONFIDENTIAL

174

```
1   A.  Okay.  I'm not sure that it is not already
2       charged.  So you raise the handle to go up, you
3       hear this click which means that that slider
4       piece goes and grabs on this little protrusion.
5   Q.  Uh-huh.
6   A.  And then you press it so the slider crank is in
7       action, you lock it in place, that locking fixer
8       is holding it together so you charged it.
9   Q.  So it's charged right now, is there any indicator
10      on the device that tells you it's charged?
11  A.  No.
12  Q.  Okay.  How would one know whether it's charged or
13      not?
14  A.  As I said, I didn't study that aspect of this so
15      I don't know.
16  Q.  Okay.  You have to rely on somebody else to tell
17      you when it's charged?
18  A.  Actually physicians are going to use this and
19      this is in their hands so they should know how to
20      use this.
21  Q.  And can you tell at all by virtue of the
22      orientation of what you refer to as the crank
23      arm?
24  A.  Orientation of the crank arm to conclude what?
25  Q.  Whether it's charged or not.
```

CONFIDENTIAL

```
                                                               217

 1           on the handle when it's charged?
 2    A.     Much more difficult than when it is not.  And you
 3           can do that yourself.
 4    Q.     Right.  Well, does it depend on your, I notice
 5           that you're positioning your hand on the very end
 6           of the crank arm.
 7    A.     Yeah.
 8    Q.     Does it get easier if you move it along?
 9    A.     No.
10    Q.     How about the middle?
11    A.     Here?
12    Q.     Yeah.  Isn't that a lot easier?
13    A.     In both cases it is much more than when it is --
14           let me see if this is -- okay.
15                 Whether I grab here or here it is much easier
16           when there is no potential energy.
17    Q.     Uh-huh.
18    A.     Whether I grab in the middle or here and the two
19           are totally different.  So there is nothing in
20           here that encourages me to discharge it.  And as
21           a matter of fact, if I discharge it in this
22           fashion, then there are two possibilities,
23           whether I'm being very careful to make sure
24           there's no violent action there and if I do that
25           I should constantly keep working against the
```

218

| | | |
|---|---|---|
| 1 | | spring so that the needle goes very slowly, it |
| 2 | | doesn't do any biopsy. |
| 3 | Q. | Uh-huh. |
| 4 | A. | But if I want to really push it in then it |
| 5 | | becomes a violent action and there is no way I |
| 6 | | can control that. |
| 7 | Q. | Right.  Well, you're speaking about your own |
| 8 | | handling of the device, right? |
| 9 | A. | What do you mean by that? |
| 10 | Q. | Well, you were talking about the difficulty that |
| 11 | | you were having personally discharging the device |
| 12 | | by lifting the handle, right? |
| 13 | A. | Actually we can quantitatively measure that, |
| 14 | | verify that.  I haven't done it, but I can do it |
| 15 | | and I reserve the right to do that.  I'm sure |
| 16 | | that it is difficult, much more difficult to |
| 17 | | discharge this in this fashion than just pressing |
| 18 | | the button as intended. |
| 19 | Q. | Uh-huh. |
| 20 | A. | And as I said, any latch you can undo by brute |
| 21 | | force. |
| 22 | Q. | Now, how do you -- you say -- well, I want to be |
| 23 | | clear about this.  You've not talked to any |
| 24 | | clinicians, right, about the BioPince device? |
| 25 | A. | No. |

CONFIDENTIAL

228

1 trigger.
2 A. Uh-huh.
3 Q. Okay. And that has the effect of obtaining a
4 sample, right?
5 A. Okay.
6 Q. And 8 says, "Remove the device from the patient.
7 Lifting the cocking lever and pushing it down
8 will automatically expel the specimen."
9 A. Okay.
10 Q. "The instrument is now ready for another specimen
11 retrieval."
12 A. Okay.
13 Q. Okay. Well, my question is does, do these
14 instructions in your view address the situation
15 where a physician does not want to take another
16 specimen?
17 A. Okay. So --
18 Q. And yet doesn't want a loaded device sitting on a
19 table.
20 A. Okay. Okay. So we go with this hypothetical
21 situation?
22 Q. Yeah.
23 A. Then what?
24 Q. Well, my question is do those instructions deal
25 with that situation?

CONFIDENTIAL

```
                                                             229

 1                   MS. THOMPSON:  Object to the form
 2              of the question and the incomplete
 3              hypothetical.
 4      A.  Yeah.  I mean, as I said, based on your own
 5          statement, that a charged device could be more
 6          dangerous than uncharged and if he's not going to
 7          take another sample what is going to happen to
 8          the needle, it has to go to the biohazard
 9          material so you discharge it and throw it in
10          there.  I mean, this is common sense, isn't it?
11              If I'm not taking any other sample, I cannot
12          use it again on another patient so it has to go
13          into the garbage can, so discharge it and throw
14          it in the garbage can however is the safest which
15          is pushing the red button.
16      Q.  But it doesn't say anywhere that the physician
17          shouldn't lift up on the handle to discharge the
18          device, does it?
19                   MS. THOMPSON:  Objection.
20              Argumentative.
21      A.  It doesn't say many other things either.
22      Q.  Well, it doesn't say it, does it?
23      A.  It doesn't say many other things either.  It
24          doesn't say that the physician should not drive
25          fast home.
```

CONFIDENTIAL