UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **GREGORY W. BARAN, M.D.,** | : | Case No. 1:04cv1251 |
| Plaintiff, | : | JUDGE KATHLEEN O'MALLEY |
| v. | : | |
| **MEDICAL DEVICE TECHNOLOGIES, INC., et al.,** | : | <u>JUDGMENT ENTRY</u> |
| Defendants. | : | |

For the reasons stated in the Court's order of this date granting the Defendant's motion for summary judgment, this case is **DISMISSED**.

**IT IS SO ORDERED.**

s/Kathleen M. O'Malley
KATHLEEN McDONALD O'MALLEY
UNITED STATES DISTRICT JUDGE

Dated: September 30, 2009